### Ex Parte Ethel Ellis.

#### No. 6078.   Decided December 8, 1920.

**Habeas Corpus—Murder—Bail—Practice on Appeal.**

Upon appeal from a *habeas corpus* proceeding, refusing bail in a murder case, it is held after reading the record that the relator is entitled to bail, and the same is granted in the sum of ten thousand dollars.

Appeal from the District Court of Goliad, in vacation. Tried below before the Honorable John M. Green.

Appeal from a writ of habeas corpus denying bail.

The opinion states the case.

*Dougherty & Dougherty, Fowler & Fowler, N. M. Crain and Schleicher & Waldeck.*—Cited Ex parte Stevenson, 160 S. W. Rep., 77; Ex parte Young, 222 id., 242; Ex parte Wade, 222 id., 979; Ex parte Locklin, 72 id., 585; Ex parte Stevens, 213 S. W. Rep., 656; DeMarco v. State, 131 S. W. Rep., 589; Ex parte Burton, 170 id., 308.

*Alvin M. Owsley,* Assistant Attorney General, for the State.

DAVIDSON, Presiding Judge.—Relator was arrested under a charge of murder and applied for a writ of *habeas corpus* for bail, upon the hearing of which the trial court remanded her to custody without bond.

We have carefully read the record, and are of opinion from the evidence the relator is entitled to bail, and the court erred in refusing it. The judgment, therefore, will be reversed and bail fixed in the sum of Ten Thousand Dollars. Upon the giving of bond in this amount under the terms of the law, to be approved by the officer having her in charge, she will be released from custody.

The judgment is reversed and bail granted.

*Bail granted.*